IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTO J. BENAVIDEZ,

    Plaintiff,

vs.   No. CV 20-00799 KG/LF

XI JINPING,
PRESIDENT OF CHINA,

    Defendant.

## JUDGMENT

THIS MATTER having come before the Court on the Prisoner's Civil Rights Complaint filed by Plaintiff Ernesto J. Benavidez (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing this case under Fed. R. Civ. P. 41(b) for failure to comply with Court orders and failure to prosecute under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, or under Fed. R. Civ. P. 12(b)(6) for failure to state a claim,

IT IS ORDERED that Judgment is entered and the Prisoner's Civil Rights Complaint filed by Plaintiff Ernesto J. Benavidez (Doc. 1) is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE